# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH REGINA MARIA GABRIELE VON PEZOLD, ANNA ELEONORE ELISABETH WEBBER (NÉE VON PEZOLD), HEINRICH BERND ALEXANDER JOSEF VON PEZOLD, MARIA JULIANE ANDREA CHRISTIANE KATHARINA BATTHYÀNY (NÉE VON PEZOLD), GEORG PHILIPP MARCEL JOHANN LUKAS VON PEZOLD, FELIX ALARD MORITZ HERMANN KILIAN VON PEZOLD, JOHANN FRIEDRICH GEORG LUDWIG VON PEZOLD, ADAM FRIEDRICH CARL LEOPOLD FRANZ SEVERIN VON PEZOLD, <br><br>      Petitioners, <br><br>  v. <br><br> REPUBLIC OF ZIMBABWE, <br><br>      Respondent. | Civil Action No. 1:21-cv-02004-APM |

## RETURN OF SERVICE

On August 17, 2021, Petitioners filed an affidavit requesting foreign mailing to the Ministry of Foreign Affairs of the Republic of Zimbabwe via DHL. (Dkt. 5) On August 18, 2021, Petitioners requested that the Clerk effect service of one copy of the Summons, Petition, Declaration in Support, Notice of Appearance, Proposed Order, Notice of Suit and all other papers thus far electronically filed on this Docket via DHL to the Ministry of Foreign Affairs of the Republic of Zimbabwe pursuant to 28 U.S.C. § 1608(a)(3). (Dkt. 6) The Clerk effected service via DHL and entered the Certificate of Mailing into the record. (Dkt. 7) No translations were required because English is an official language of Zimbabwe.

I HEREBY CERTIFY that, pursuant to 28 U.S.C. § 1608(a)(3), I caused a copy of the Summons, Petition, Declaration in Support, Notice of Appearance, Proposed Order, Notice of

Suit and all other papers thus far electronically filed on this Docket to be served on the Ministry of Foreign Affairs of the Republic of Zimbabwe, by mailing the aforesaid documents to the said entity, addressed to Hon. Lt. General (Rtd.) Dr. S.B. Moyo, The Ministry of Foreign Affairs, P.O. Box 4240 Munhumutapa Building, Samora Machel Avenue/ Sam Nujoma Street, Harare, Zimbabwe, which were delivered on August 25, 2021.  True and correct copies of the DHL waybill, the tracking receipt, and the proof of delivery are attached as Exhibit 1.  An individual named "Innocent" signed for the receipt of the package.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct.

Dated:  August 25, 2021

/s/ Chris Paparella
Chris Paparella (Bar No. NY0091)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212 506 3900
Facsimile: 212 506 3950
cpaparella@steptoe.com

*Attorneys for Petitioners Elisabeth Regina Maria Gabriele von Pezold, Anna Eleonore Elisabeth Webber (née von Pezold), Heinrich Bernd Alexander Josef von Pezold, Maria Juliane Andrea Christiane Katharina Batthyàny (née von Pezold), Georg Philipp Marcel Johann Lukas von Pezold, Felix Alard Moritz Hermann Kilian von Pezold, Johann Friedrich Georg Ludwig von Pezold, Adam Friedrich Carl Leopold Franz Severin von Pezold*