AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ELISABETH REGINA MARIA GABRIELE VON PEZOLD, et al

*Plaintiff*

v.

REPUBLIC OF ZIMBABWE

*Defendant*

Civil Action No. 21-cv-02004-APM

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

x the plaintiff *(name)* ELISABETH REGINA MARIA GABRIELE VON PEZOLD, et al. recover from the defendant *(name)* Republic of Zimbabwe the amount of $ 229,936,418.50, GBP 13,659,590.30, ZAR 1,004,470.56 dollars ($ ), which includes prejudgment interest at the rate of % , plus postjudgment interest at the rate of % , along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☑ other: Starting August 1, 2026, interest shall accrue at the SOFR rate plus 2%, compounded every six months, through the date that final judgment is entered, which, until December 31, 2026, is US$ 35,665.02, GBP 2,118.71, ZAR 155.80, and EUR 0.24 per day. From the date judgment is entered until the judgment is satisfied in full, .

This action was *(check one)*:

❒ tried by a jury with Judge presiding, and the jury has rendered a verdict.

❒ tried by Judge without a jury and the above decision was reached.

☑ decided by Judge Amit P. Mehta on a motion for Summary Judgment.

Date: 08/03/2026

*ANGELA D. CAESAR, CLERK OF COURT*

Crystal Love

*Signature of Clerk or Deputy Clerk*