**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELISABETH REGINA MARIA GABRIELLE VON PEZOLD, *et al*.,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**THE REPUBLIC OF ZIMBABWE,**<br><br>**Respondent.** | ) | **Case No. 1:21-cv-02004 (APM)** |

**NOTICE OF APPEAL**

NOTICE is hereby given that the Republic of Zimbabwe appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion entered on July 24, 2026 (the "Opinion") (ECF No. 78) and the Judgment and Order entered on August 3, 2026 (ECF No. 80, 81) (the "Judgment"), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Opinion and the Judgment; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Opinion and the Judgment, that shaped the Opinion and the Judgment, that are related to the Opinion and the Judgment, or upon which the Opinion and the Judgment are based.

Dated: August 21, 2026

Respectfully submitted,

/s/ *Quinn Smith*

**GST LLP**
Quinn Smith
DCD Bar No. FL0027
quinn.smith@gstllp.com
Katherine Sanoja
DC Bar No. 1019983

katherine.sanoja@gstllp.com
1111 Brickell Avenue
Suite 2715
Tel. (305) 856-7723